E-FILED; Montgomery Circuit Court
Docket: 10/1/2025 2:09 PM; Submission: 10/1/2025 2:09 PM
Envelope: 23188232

# EXHIBIT A

1:56

chrisblakegriffith · 6h   [ Follow ]   ···   ✕

## @ugg can you read?



CODE MCPD Incident Report - 240049500

Date: 08/08/2025 14:12                                                          Page: 3   of  4

**Incident Narrative**

Reporting PO3 ELIZABETH YOUNG - MCPD, ID # 2476          1          10/16/2024          17:51

This report is an overview of the facts and circumstances surrounding the investigation. This report is not meant to be exhaustive; rather it is intended to serve as a general outline of the investigation.

On October 16, 2024, the writer was working as the on-call detective for the Montgomery County Police Porsche SVID Sex Assault Unit, when a notification was received of a sex assault that occurred earlier, reported by Chistopher Griffith, calling from California.

The writer called Griffith and conducted an interview over the phone.

There is an audio recording of the interview; if there is a discrepancy; the audio will take precedence.

Griffith provided an email to the writer summarizing the incident. The following is that statement (not in it's entirety):

"Stefon Diggs drugged and sexually assaulted me on May 22, 2023, and then one week later he conspired to have me killed on May 29, 2023 to suppress his gay/bisexual secrets from becoming exposed after I denied his sexual advances and now knew his secret.

I was staying at his home in Rockville for one night from May 21 - May 22, 2023. Around 1am in the early morning of May 22, 2023, he & I left his Rockville, MD residence per his suggestion to go out to a couple of clubs in DC. He'd offered me all sorts of candy throughout the night that I didn't know was laced w/ drugs. I denied some, but after I while I got hungry and finally accepted some candy. That "candy" (drug) he gave me made my pupils so big I couldn't even see my eye color, made my skin tingle to the touch, made my body pulsate to music, increased my sex drive in INTENSE form, made it hard for me to form words into sentences, amongst other things.

We arrived back at his residence near the 4am hour of May 21, 2023, and after driving in a 2 seater Porsche where it was just us in the car — he put his arm around me, put his tongue in my ear in a "kissing" fashion while whispering to me to come to his room. He put his arm around me like a brother would do, which is why I didn't find it odd, but when his arm was around me he was gripping my shoulder, forcefully pulling me closer to him which took away the distance that was once between us, then pulled this move. I found it harder than normal to exert force because of whatever substance he'd drugged me with, and he likely was expecting me at this point to be sedated by whatever he drugged me w/ earlier in the night.

With an ear drenched in his saliva, and now realizing I'd been drugged, we walked into his residence. He went left and walked up a spiral staircase to his bedroom, while I ran right down a long hallway to the bathroom that was at the end of this hallway and for 45 minutes, I was splashing water on my face trying to sober up from whatever he drugged me with while trying to plan my escape from his enormous property.

I came out of the bathroom, and was confronted by 2 women and 1 male who asked me to corroborate a story. I was asked several times, "So what are you gonna say when you leave here?!" I was asked to regurgitate the story they asked me to corroborate back to them repeatedly.

I was then stripped of my clothes, robbed of my belongings (robbed of things I care not mention until I speak to the active detective on my case), beaten, and forced in a car where I didn't even know the destination. I was robbed of my SILVER TITANIUM RIMOWA TRUNK, jewelry, and more. They stole a minimum of $30,000-$50,000 of my

### @nfl
### @patriots

## Y'all gon let Aaron Hernandez 2.0 just run wild without penalty?

## I'm aware that you're aware.

## & since we're BOTH aware, let's act accordingly!

Send message...