Case 8:25-cv-03767-TJS    Document 5-4    Filed 11/17/25    Page 1 of 2

**E-FILED; Montgomery Circuit Court**
**Docket: 10/1/2025 2:09 PM; Submission: 10/1/2025 2:09 PM**
**Envelope: 23188232**

# EXHIBIT D

