IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| STEFON DIGGS,<br><br>*Plaintiff*<br><br>v.<br><br>CHRISTOPHER BLAKE GRIFFITH<br><br>*Defendant.* | Civil Action No. 8:25-cv-03767-TJS |

### DEFENDANT'S LOCAL RULE 103.3 DISCLOSURE STATEMENT

Defendant Christopher Blake Griffith ("Defendant"), by and through counsel, and pursuant to Local Rule 103.3 hereby certifies as follows:

1. Defendant is a natural person and is neither a corporate party or nor other business entity.

2. There are no corporations, unincorporated associations, partnerships, or other business entities, not a party to the case, that have any financial interest whatsoever in the outcome of the litigation.

Dated: November 21, 2025                                  Respectfully Submitted,

**CHRISTOPHER BLAKE GRIFFITH**

By:   Jacob M. Lebowitz, Esq. (Bar #18984)
POSEY LEBOWITZ PLLC
3221 M Street NW
Washington, DC 20007
(202) 524-0123 (telephone)
(202) 810-9009 (facsimile)
jlebowitz@poseylebowitz.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this Friday, November 21, 2025, service of the foregoing was made through this Court's CM/ECF system on the following:

    Charles S. Fax, Esq.
    Rifkin Weiner Livingston LLC
    7700 Wisconsin Avenue, Suite 320
    Bethesda, Maryland 20814
    cfax@rwllaw.com
    (301) 951-0150 (telephone)

    Barry L. Gogel, Esq.
    Rifkin Weiner Livingston LLC
    502 Washington Avenue, Suite 405
    Baltimore, Maryland 21204
    bgogel@rwllaw.com
    (410) 769-8080 (telephone)

    *Attorneys for Plaintiff*

                                                              Jacob M. Lebowitz, Esq.