IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEFON DIGGS                              *
                                          *
    Plaintiff,                           *
v.                                        *   Case No. 8:25-cv-03767-TJS
                                          *
CHRISTOPHER BLAKE GRIFFITH                *
                                          *
    Defendant.                           *
                                          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the parties Joint Initial Report, it is this  4th  day of December, 2025, hereby and the same,

ORDERED, that the parties request for modification of the Initial Scheduling Order is hereby and the same, GRANTED, and it is further,

ORDERED, that the Scheduling Order is modified as follows:

| | |
|---|---|
| March 30, 2026 | Plaintiff's Rule 26(a)(2) disclosures |
| April 15, 2026 | Moving for joinder of additional parties and amendment of pleadings |
| April 29, 2026 | Defendant's Rule 26(a)(2) disclosures |
| May 29, 2026 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| June 5, 2026 | Rule 26(e)(2) supplementation of disclosures and responses |
| June 15, 2026 | Deadline for completion of fact discovery (to include fact witness depositions) |
| June 15, 2026 | Deadline for completion of expert discovery (to include expert witness depositions) |
| June 15, 2026 | Submission of status report |
| June 22, 2026 | Requests for admission |
| July 14, 2026 | Dispositive pretrial motions deadline |

_____
Hon. Timothy J. Sullivan
Chief Magistrate Judge