**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **STEFON DIGGS,**<br><br>    **Plaintiff/Counter-Claim Defendant,**<br><br>**v.**<br><br>**CHRISTOPHER BLAKE GRIFFITH**<br><br>    **Defendant/Counter-Claim Plaintiff.** | **Civil Case No.: 8-25-cv-03767-TJS**<br><br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF/ COUNTERCLAIM-DEFENDANT STEFON DIGGS' ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS

Plaintiff and Counter-Defendant Stefon Diggs ("Diggs" or "Plaintiff") by and through his undersigned counsel, for his answer to the counterclaims of Defendant and Counter-claimant Christopher Blake Griffith ("Griffith" or "Defendant") sets forth as follows. To the extent not expressly admitted, all allegations are denied.

### NATURE OF THE CASE

1.      Lacks sufficient information to admit or deny the allegations asserted in paragraph 1 of the Complaint. To the extent a response is required, the allegations asserted in paragraph 1 of the Counterclaim are denied.

2.      Denies each and every allegation asserted in Paragraph 2 of the Counterclaim except admits that Griffith was hired by Diggs. Diggs denies any and all remaining allegations of this paragraph.

3.      Denies each and every allegation asserted in paragraph 3 of the Counterclaim.

4.      Denies each and every allegation asserted in paragraph 4 of the Counterclaim.

5.      Denies each and every allegation asserted in paragraph 5 of the Counterclaim except that Griffith did in fact steal articles of clothing from Diggs' residence.

## PARTIES

6.      Lacks sufficient information to admit or deny the allegations asserted in paragraph 6 of the Counterclaim.

7.      Admits the allegations asserted in paragraph 7 of the Counterclaim.

## JURISDICTION AND VENUE

8.      Admits the allegations asserted in paragraph 8 of the Counterclaim in that jurisdiction over Diggs is appropriate in this Court pursuant to 28 U.S.C. § 1332.

9.      Admits the allegations asserted in paragraph 9 of the Counterclaim.

10.     Admits the allegations asserted in paragraph 10 of the Counterclaim in that the venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## FACTS

11.     Denies each and every allegation asserted in paragraph 11 of the Counterclaim except that the Parties did have a professional relationship.

12.     Denies each and every allegation asserted in paragraph 12 of the Counterclaim.

13.     Denies each and every allegation asserted in paragraph 13 of the Counterclaim except that Griffith did attend Diggs' event in the Washington, D.C. area.

14.     Denies each and every allegation asserted in paragraph 14 of the Counterclaim except that Griffith did at some point travel to the Washington, D.C. area.

15.     Denies each and every allegation asserted in paragraph 15 of the Counterclaim except that Griffith was present for the charity basketball event.

16.    Denies each and every allegation asserted in paragraph 16 of the Counterclaim except that Diggs was present at MGM National Harbor hotel and casino in Oxon Hill, Maryland.

17.    Lacks sufficient information to admit or deny the allegations asserted in paragraph 17 of the Complaint. To the extent a response is required, the allegations asserted in paragraph 17 of the Complaint are denied.

18.    Lacks sufficient information to admit or deny the allegations asserted in paragraph 18 of the Complaint. To the extent a response is required, the allegations asserted in paragraph 18 of the Complaint are denied.

19.    Lacks sufficient information to admit or deny the allegations asserted in paragraph 19 of the Complaint. To the extent a response is required, the allegations asserted in paragraph 19 of the Complaint are denied.

20.    Denies each and every allegation asserted in paragraph 20 of the Counterclaim.

21.    Denies each and every allegation asserted in paragraph 21 of the Counterclaim.

22.    Denies each and every allegation asserted in paragraph 22 of the Counterclaim.

23.    Denies each and every allegation asserted in paragraph 23 of the Counterclaim.

24.    Denies each and every allegation asserted in paragraph 24 of the Counterclaim.

25.    Denies each and every allegation asserted in paragraph 25 of the Counterclaim.

26.    Denies each and every allegation asserted in paragraph 26 of the Counterclaim.

27.    Denies each and every allegation asserted in paragraph 27 of the Counterclaim.

28.    Denies each and every allegation asserted in paragraph 28 of the Counterclaim.

29.    Denies each and every allegation asserted in paragraph 29 of the Counterclaim.

30.    Denies each and every allegation asserted in paragraph 30 of the Counterclaim.

31.    Denies each and every allegation asserted in paragraph 31 of the Counterclaim.

32.     Denies each and every allegation asserted in paragraph 32 of the Counterclaim.

33.     Denies each and every allegation asserted in paragraph 33 of the Counterclaim.

34.     Denies each and every allegation asserted in paragraph 34 of the Counterclaim.

35.     Denies each and every allegation asserted in paragraph 35 of the Counterclaim.

36.     Denies each and every allegation asserted in paragraph 36 of the Counterclaim.

37.     Denies each and every allegation asserted in paragraph 37 of the Counterclaim.

38.     Denies each and every allegation asserted in paragraph 38 of the Counterclaim.

39.     Denies each and every allegation asserted in paragraph 39 of the Counterclaim.

40.     Denies each and every allegation asserted in paragraph 40 of the Counterclaim.

41.     Denies each and every allegation asserted in paragraph 41 of the Counterclaim.

42.     Denies each and every allegation asserted in paragraph 42 of the Counterclaim.

43.     Denies each and every allegation asserted in paragraph 43 of the Counterclaim.

44.     Denies each and every allegation asserted in paragraph 44 of the Counterclaim.

45.     Denies each and every allegation asserted in paragraph 45 of the Counterclaim.

46.     Denies each and every allegation asserted in paragraph 46 of the Counterclaim.

47.     Denies each and every allegation asserted in paragraph 47 of the Counterclaim.

48.     Denies each and every allegation asserted in paragraph 48 of the Counterclaim.

49.     Denies each and every allegation asserted in paragraph 49 of the Counterclaim.

50.     Denies each and every allegation asserted in paragraph 50 of the Counterclaim.

51.     Denies each and every allegation asserted in paragraph 51 of the Counterclaim.

52.     Denies each and every allegation asserted in paragraph 52 of the Counterclaim.

53.     Denies each and every allegation asserted in paragraph 53 of the Counterclaim.

54.     Denies each and every allegation asserted in paragraph 54 of the Counterclaim.

55.     Denies each and every allegation asserted in paragraph 55 of the Counterclaim.

56.     Denies each and every allegation asserted in paragraph 56 of the Counterclaim.

57.     Denies each and every allegation asserted in paragraph 57 of the Counterclaim.

58.     Denies each and every allegation asserted in paragraph 58 of the Counterclaim.

59.     Denies each and every allegation asserted in paragraph 59 of the Counterclaim.

60.     Denies each and every allegation asserted in paragraph 60 of the Counterclaim.

61.     Denies each and every allegation asserted in paragraph 61 of the Counterclaim.

62.     Denies each and every allegation asserted in paragraph 62 of the Counterclaim.

63.     Denies each and every allegation asserted in paragraph 63 of the Counterclaim.

64.     Denies each and every allegation asserted in paragraph 64 of the Counterclaim.

65.     Denies each and every allegation asserted in paragraph 65 of the Counterclaim.

66.     Denies each and every allegation asserted in paragraph 66 of the Counterclaim.

67.     Denies each and every allegation asserted in paragraph 67 of the Counterclaim.

68.     Denies each and every allegation asserted in paragraph 68 of the Counterclaim.

69.     No response to paragraph 69 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in Paragraph 69 of the Counterclaim.

70.     No response to paragraph 70 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 70 of the Counterclaim.

71.     No response to paragraph 71 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks

5

sufficient information to admit or deny the allegations set forth in Paragraph 71 of the Counterclaim.

72.    No response to paragraph 72 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in Paragraph 72 of the Counterclaim.

73.    No response to paragraph 73 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in Paragraph 73 of the Counterclaim.

74.    No response to paragraph 74 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 74 of the Counterclaim.

75.    No response to paragraph 75 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 75 of the Counterclaim.

76.    No response to paragraph 76 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 76 of the Counterclaim.

77.     No response to paragraph 77 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 77 of the Counterclaim.

78.     No response to paragraph 78 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 78 of the Counterclaim.

79.     No response to paragraph 79 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 79 of the Counterclaim.

80.     No response to paragraph 80 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 80 of the Counterclaim.

81.     No response to paragraph 81 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in Paragraph 81 of the Counterclaim.

82.     Denies each and every allegation asserted in paragraph 82 of the Counterclaim.

83.     No response to paragraph 83 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks

sufficient information to admit or deny the allegations set forth in paragraph 83 of the Counterclaim.

84.    No response to paragraph 84 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 84 of the Counterclaim.

85.    No response to paragraph 85 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 85 of the Counterclaim.

86.    No response to paragraph 86 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 86 of the Counterclaim.

87.    No response to paragraph 87 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 87 of the Counterclaim.

88.    No response to paragraph 88 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 88 of the Counterclaim.

89.     No response to paragraph 89 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 89 of the Counterclaim.

90.     No response to paragraph 90 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 90 of the Counterclaim.

91.     No response to paragraph 91 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 91 of the Counterclaim.

92.     Denies each and every allegation set forth in paragraph 92 of the Counterclaim.

93.     Denies each and every allegation set forth in paragraph 93 of the Counterclaim.

94.     Denies each and every allegation set forth in paragraph 94 of the Counterclaim.

95.     Denies each and every allegation set forth in paragraph 95 of the Counterclaim.

96.     Denies each and every allegation set forth in paragraph 96 of the Counterclaim.

97.     Denies each and every allegation set forth in paragraph 97 of the Counterclaim.

98.     Denies each and every allegation set forth in paragraph 98 of the Counterclaim.

99.     Denies each and every allegation set forth in paragraph 99 of the Counterclaim.

100.    Denies each and every allegation set forth in paragraph 100 of the Counterclaim.

101.    Denies each and every allegation set forth in paragraph 101 of the Counterclaim.

102.    Denies each and every allegation set forth in paragraph 102 of the Counterclaim.

103.    Lacks sufficient information to admit or deny the allegations asserted in paragraph 103 of the Complaint. To the extent a response is required, the allegations asserted in paragraph 103 of the Counterclaim are denied.

## COUNT I
### (Battery)

104.    Diggs repeats and incorporates by reference his responses above as if fully set forth herein.

105.    Denies each and every allegation set forth in paragraph 105 of the Counterclaim.

106.    Denies each and every allegation set forth in paragraph 106 of the Counterclaim.

107.    Denies each and every allegation set forth in paragraph 107 of the Counterclaim.

108.    Denies each and every allegation set forth in paragraph 108 of the Counterclaim.

109.    Denies each and every allegation set forth in paragraph 109 of the Counterclaim.

110.    Denies each and every allegation set forth in paragraph 110 of the Counterclaim.

111.    Denies each and every allegation set forth in paragraph 111 of the Counterclaim.

112.    Denies each and every allegation set forth in paragraph 112 of the Counterclaim.

113.    Denies each and every allegation set forth in paragraph 113 of the Counterclaim.

114.    Denies each and every allegation set forth in paragraph 114 of the Counterclaim.

115.    Denies each and every allegation set forth in paragraph 115 of the Counterclaim.

116.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 116 of the Counterclaims.

117.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 117 of the Counterclaims.

## COUNT II
**(Sexual Battery)**

118.    Diggs repeats and incorporates by reference his responses above as if fully set forth herein.

119.    Denies each and every allegation set forth in paragraph 119 of the Counterclaim.

120.    Denies each and every allegation set forth in paragraph 120 of the Counterclaim.

121.    Denies each and every allegation set forth in paragraph 121 of the Counterclaim.

122.    Denies each and every allegation set forth in paragraph 122 of the Counterclaim.

123.    Denies each and every allegation set forth in paragraph 123 of the Counterclaim.

124.    Denies each and every allegation set forth in paragraph 124 of the Counterclaim.

125.    Denies each and every allegation set forth in paragraph 125 of the Counterclaim.

126.    Denies each and every allegation set forth in paragraph 126 of the Counterclaim.

127.    Denies each and every allegation set forth in paragraph 127 of the Counterclaim.

128.    Denies each and every allegation set forth in paragraph 128 of the Counterclaim.

129.    Denies each and every allegation set forth in paragraph 129 of the Counterclaim.

130.    Denies each and every allegation set forth in paragraph 130 of the Counterclaim.

131.    Denies each and every allegation set forth in paragraph 131 of the Counterclaim.

132.    Denies each and every allegation set forth in paragraph 132 of the Counterclaim.

133.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 133 of the Counterclaims.

134.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 134 of the Counterclaims.

135.     This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 135 of the Counterclaims.

136.     This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 136 of the Counterclaims.

<u>**COUNT III**</u>
**(Civil Conspiracy)**

137.     Diggs repeats and incorporates by reference his responses above as if fully set forth herein.

138.     This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 138 of the Counterclaims.

139.     Denies each and every allegation set forth in paragraph 139 of the Counterclaim.

140.     Denies each and every allegation set forth in paragraph 140 of the Counterclaim.

141.     Lacks sufficient information to admit or deny the allegations asserted in paragraph 141 of the Counterclaim. To the extent a response is required, the allegations asserted in paragraph 141 of the Counterclaim are denied.

142.     Denies each and every allegation set forth in paragraph 142 of the Counterclaim.

143.     Denies each and every allegation set forth in paragraph 143 of the Counterclaim.

144.     No response to paragraph 144 of the Counterclaim is necessary as it does not contain specific factual allegations asserted against Diggs. To the extent a response is required, Diggs lacks sufficient information to admit or deny the allegations set forth in paragraph 144 of the Counterclaim.

12

145.    Denies each and every allegation set forth in paragraph 145 of the Counterclaim.

146.    Denies each and every allegation set forth in paragraph 146 of the Counterclaim.

147.    Denies each and every allegation set forth in paragraph 147 of the Counterclaim.

148.    Denies each and every allegation set forth in paragraph 148 of the Counterclaim.

149.    Denies each and every allegation set forth in paragraph 149 of the Counterclaim.

150.    Lacks sufficient information to admit or deny the allegations asserted in paragraph 150 of the Counterclaim. To the extent a response is required, the allegations asserted in paragraph 150 of the Counterclaim are denied.

151.    Lacks sufficient information to admit or deny the allegations asserted in paragraph 151 of the Counterclaim. To the extent a response is required, the allegations asserted in paragraph 151 of the Counterclaim are denied.

152.    Lacks sufficient information to admit or deny the allegations asserted in paragraph 152 of the Counterclaim. To the extent a response is required, the allegations asserted in paragraph 152 of the Counterclaim are denied.

153.    Denies each and every allegation set forth in paragraph 153 of the Counterclaim.

154.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 154 of the Counterclaim.

155.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 155 of the Counterclaim.

156.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 156 of the Counterclaim.

157.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 157 of the Counterclaim.

<u>**COUNT IV**</u>
**(Intentional Infliction of Emotional Distress)**

158.    Diggs repeats and incorporates by reference his responses above as if fully set forth herein.

159.    Denies each and every allegation set forth in paragraph 159 of the Counterclaim.

160.    Denies each and every allegation set forth in paragraph 160 of the Counterclaim.

161.    Denies each and every allegation set forth in paragraph 161 of the Counterclaim.

162.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 162 of the Counterclaim.

<u>**COUNT V**</u>
**(Defamation *per se*)**

163.    Diggs repeats and incorporates by reference his responses above as if fully set forth herein.

164.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 164 of the Counterclaim.

165.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 165 of the Counterclaim.

166.    Lacks sufficient information to admit or deny the allegations asserted in paragraph 166 of the Counterclaim. To the extent a response is required, the allegations asserted in paragraph 166 of the Counterclaim are denied.

167.    Denies each and every allegation set forth in paragraph 167 of the Counterclaim.

168.    Denies each and every allegation set forth in paragraph 168 of the Counterclaim.

169.    Denies each and every allegation set forth in paragraph 169 of the Counterclaim.

170.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 170 of the Counterclaim.

171.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 171 of the Counterclaim.

172.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 172 of the Counterclaim.

## COUNT VI
### (Defamation *per quod*)

173.    Diggs repeats and incorporates by reference his responses above as if fully set forth herein.

174.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 174 of the Counterclaim.

175.    Lacks sufficient information to admit or deny the allegations asserted in paragraph 175 of the Counterclaim. To the extent a response is required, the allegations asserted in paragraph 175 of the Counterclaim are denied.

176.    Lacks sufficient information to admit or deny the allegations asserted in paragraph 176 of the Counterclaim. To the extent a response is required, the allegations asserted in paragraph 176 of the Counterclaim are denied.

177.    Denies each and every allegation set forth in paragraph 177 of the Counterclaim.

178.    Denies each and every allegation set forth in paragraph 178 of the Counterclaim.

179.    Denies each and every allegation set forth in paragraph 179 of the Counterclaim.

180.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 180 of the Counterclaim.

181.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 181 of the Counterclaim.

182.    This paragraph states legal conclusions to which no response is required. To the extent a response is required, Diggs denies the allegations set forth in Paragraph 182 of the Counterclaim.

## GENERAL DENIAL

Diggs denies all allegations of the Counterclaims not expressly admitted herein and denies that Griffith is entitled to any of the relief requested in his Prayer for Relief.

## AFFIRMATIVE DEFENSES TO COUNTERCLAIMS

Without limiting the foregoing denials, and reserving all additional defenses that may become available through discovery, Diggs asserts the following defenses:

1.    **Failure to State a Claim**.  The Counterclaim fails to state a claim upon which relief can be granted.

2.    **Estoppel**.  Griffith's counterclaims are barred, in whole or in part, by the doctrine of estoppel, waiver, and unclean hands.

3.    **Waiver**.  Griffith's counterclaims are barred, in whole or in part, by the doctrine of waiver.

4.    **Unclean Hands**.  Griffith's counterclaims are barred, in whole or in part, by the doctrine of unclean hands.

5.    **Truth**.  Griffith's counterclaims for defamation are barred, in whole or in part, due to the truth of any and all statements in fact proven to have been made.

6.    **Privilege**.  Griffith's counterclaims for defamation are barred, in whole or in part, under the doctrine of privilege to defend oneself.

7.    **Lack of Malice**. Griffith's counterclaims for punitive are barred, whole or in part, due to Griffith's lack of common law malice.

8.    **Reservation**.  Diggs reserves the right to assert additional defenses as discovery establishes such defenses and to seek dismissal of any counterclaim that becomes moot or otherwise non-justiciable.

17

## DEMAND FOR JURY TRIAL

No response is required to Defendant's Demand for Jury Trial. Diggs reiterates his demand for a trial by jury in this action for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Diggs respectfully requests that the Court:

a.      Dismiss Griffith's Counterclaims with prejudice;

b.      Enter judgment in favor of Diggs on all Counterclaims;

c.      Declare that Griffith is not entitled to any declaratory relief requested in Counts I-VI;

f.      Award Diggs his costs and reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

g.      Grant such further relief as the Court deems just and proper.

**WHEREFORE**, Diggs prays for judgment against Defendant dismissing the Counterclaims, awarding Diggs the costs and attorneys' fees of this action, and granting such other and further relief as the Court deems just and proper.

Dated: December 12, 2025

<div style="margin-left:40%">

Respectfully Submitted,

*/s/ Mitchell Schuster*
Mitchell Schuster, Esq.
Admitted *Pro Hac Vice*
Meister Seelig & Fein
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Email address: ms@msf-law.com

Kevin M. Hutzel, Esq.
Admitted *Pro Hac Vice*
Meister Seelig & Fein PLLC

</div>

18

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: 212-655-3500
Email address: <u>kmh@msf-law.com</u>

Charles S. Fax (Fed. Bar No. 02490)
Rifkin Weiner Livingston LLC
7700 Wisconsin Avenue, Suite 320
Bethesda, Maryland 20814
cfax@rwllaw.com
Telephone: (301) 951-0150
Cell Phone: (410) 274-1453

Barry L. Gogel (Fed. Bar No. 25495)
Rifkin Weiner Livingston LLC
502 Washington Ave., Suite 405
Baltimore, Maryland 21204
bgogel@rwllaw.com
Telephone: (410) 769- 8080
Cell Phone: (410) 530-8658

*Counsel for Plaintiff/Counter-Claim Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this Friday, December 12, 2025, service of the foregoing

was made through this this Court's CM/ECF system on the following:

>Jacob M. Lebowitz, Esq. (Bar No. 18984)
>POSEY LEBOWITZ PLLC
>3221 M Street NW
>Washington, D.C. 20007

>_/s/ Mitchell Schuster_
>Mitchell Schuster